**Official Form 1 (10/06)**

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| Northern DISTRICT OF Illinois | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>GRIEGO, Esther  [NMN] | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>none |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>none | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>3871 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>4416 W 59TH ST APT 4A<br>CHICAGO IL<br>60629-5248 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business:<br>COOK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>(same) | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>N/A | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

#### Tax-Exempt Entity
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

#### Nature of Debts
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box.)

- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| [ ] $0 to $10,000 | [x] $10,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

**Estimated Liabilities**

| [x] $0 to $50,000 | [ ] $50,000 to $100,000 | [ ] $100,000 to $1 million | [ ] $1 million to $100 million | [ ] More than $100 million |
|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): GRIEGO, Esther | |
|---|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: none | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: none | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X  /s/  David A. Miley _____ Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

# Exhibit D

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Official Form 1 (10/06) | Form B1, Page 3 |
|---|---|

| **Voluntary Petition** | Name of Debtor(s): GRIEGO, Esther |
|---|---|
| *(This page must be completed and filed in every case.)* | |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____/s/ Esther Griego_____
Signature of Debtor

X _____n/a_____
Signature of Joint Debtor

_____n/a_____
Telephone Number (if not represented by attorney)

**27 August 2007**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney**

X _____/s/ David A. Miley_____
Signature of Attorney for Debtor(s)
_____David A. Miley_____
Printed Name of Attorney for Debtor(s)
_____Avila & Zurla_____
Firm Name
227 W MONROE ST STE 2000
CHICAGO IL  60606-5040

_____312-762-5928_____
Telephone Number
_____27 August 2007_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Form B1, Exhibit C**
**(9/01)**

In re    ESTHER GRIEGO                                    Case No.

Exhibit "C" to Voluntary Petition

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

None

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

N/A

Official Form 1, Exhibit D (10/06)

# UNITED STATES BANKRUPTCY COURT

_____Northern_____ **District of**_____Illinois_____

In re_ESTHER GRIEGO_____          Case No._____
        Debtor(s)                                    (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

**Official Form 1, Exh. D (10/06) – Cont.**

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.] [Summarize exigent circumstances here.]* _____ __
_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____ /s/  Esther Griego _____

Date: _____ 27 August 2007

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

**IN RE ESTHER GRIEGO, Debtor.**

No.  **2007-BK-_____**

Chapter:  7

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d). The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including ZIP Code | Name, telephone number and complete mailing address, including ZIP Code of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| SALLIEMAE SERVICING<br>PO BOX 9500<br>WILKES BARRE PA  18773-9500 | SALLIEMAE SERVICING<br>PO BOX 9500<br>WILKES BARRE PA  18773-9500<br>888-272-5543 | student  loan<br>9701119288-1 | unliquidated | US$6,892.63 |
| ST MARY OF NAZARETH HOSP<br>PO BOX 220292<br>CHICAGO IL 60622-0292 | REVENUE PRODUCTION MGT<br>PO BOX 830913<br>BIRMINGHAM AL 35283-0913<br>847-257-3000 | medical bill<br>000698396<br>000698396-<br>4162 / 30-<br>57558-0 | unliquidated | US$6,694.00 |
| CITIFINANCIAL<br>PO BOX 221649<br>CHARLOTTE NC  28222-1649 | RICHARD A SNOW ESQ<br>123 W MADISON ST STE 310<br>CHICAGO IL  60602-4847<br>312-782-7861 | unsecured loan<br>607439562130…<br>05-M1-126854 | unliquidated | US$6,409.27 |
| SEARS<br>PO BOX 183081<br>COLUMBUS OH  43218-3081 | CAPITAL MANAGEMENT SVCS<br>726 EXCHANGE ST STE 700<br>BUFFALO NY  14210-1464<br>716-871-9050<br><br>LVNV FUNDING<br>PO BOX 10584<br>GREENVILLE SC  29603-0584<br>866-464-1183<br><br>ALLIED INTERSTATE INC<br>PO BOX 361774<br>COLUMBUS OH  43236-1774<br>866-310-3882<br><br>MITCHELL N KAY PC<br>PO BOX 2374<br>CHICAGO IL  60690-2374<br>646-205-1829 | revolving credit<br>1150000934374<br>/ 027306828 /<br>50122181-11 | unliquidated | US$3,028.07 |

| | | | | |
|---|---|---|---|---|
| NEWPORTNEWS CARDMEMBER<br>PO BOX 9204<br>OLD BETHPAGE NY  11804-9004 | PALISADES COLLECTION<br>210 SYLVAN AVE<br>ENGLEWOOD CLIFFS NJ  07632-2524<br>800-991-9367<br><br>NORTHLAND GROUP INC<br>PO BOX 390846<br>EDINA MN  55439-0846<br>800-800-8191 | revolving credit<br>5770911013763<br>200 /<br>PAL1GRTSEN1<br>012650 | unliquidated | US$2,125.00 |
| ALAN J BERNSTEIN LTD<br>10 S LASALLE ST STE 2424<br>CHICAGO IL  60603-1066 | ALAN J BERNSTEIN LTD<br>10 S LASALLE ST STE 2424<br>CHICAGO IL  60603-1066<br>312-726-2755 | legal services<br>07166 - re 01-D-<br>12610 | unliquidated | US$2,016.42 |
| CITIFINANCIAL SERVICES INC<br>PO BOX 70918<br>CHARLOTTE NC  28272-0918 | CITIFINANCIAL SERVICES INC<br>PO BOX 70918<br>CHARLOTTE NC  28272-0918<br>800-233-6903 | consumer credit<br>6743956-<br>0304221 | unliquidated | US$1,643.40 |
| HSBC NV<br>PO BOX 19360<br>PORTLAND OR  97280-0360 | HSBC NV<br>PO BOX 19360<br>PORTLAND OR  97280-0360<br>800-477-6000 | revolving credit<br>544045502313 +<br>46630900… +<br>09000556… | unliquidated | 641.00<br>466.00<br>+   410.00<br>US$1,517.00 |
| AT&T (FORMERLY SBC) | PORTFOLIO RECOVERY<br>PO BOX 12914<br>NORFOLK VA  23541-0914<br>804-518-1773 | utilities<br>SBC-<br>630416930… | unliquidated | US$1,146.00 |
| US DEPT OF THE TREASURY<br>IRS CENTER<br>KANSAS CITY MO  64999-0010 | US DEPT OF THE TREASURY<br>IRS CENTER<br>KANSAS CITY MO  64999-0010<br>800-829-0922 | Federal income<br>tax<br>…3871 | unliquidated | US$1,137.40 |
| AMBULATORY SURGICENTER<br>4333 MAIN ST<br>DOWNERS GROVE IL  60515-2869 | AMBULATORY SURGICENTER<br>4333 MAIN ST<br>DOWNERS GROVE IL  60515-2869<br>630-322-9451 | medical care<br>GRIE052355 | unliquidated | US$1,050.00 |
| GOOD SAMARITAN HOSPITAL<br>PO BOX 93548<br>CHICAGO IL  60673-3548 | GOOD SAMARITAN HOSPITAL<br>PO BOX 93548<br>CHICAGO IL  60673-3548<br>800-215-7849 | medical care<br>111684288 | unliquidated | US$848.70 |
| GEMB / HOME DEPOT<br>PO BOX 981400<br>EL PASO TX  79998-1400 | CAPITAL MANAGEMENT SERVICES<br>726 EXCHANGE ST STE 700<br>BUFFALO NY  14210-1464<br>800-394-1028<br><br>FRIEDMAN AND WEXLER LLC<br>500 W MADISON ST STE 2910<br>CHICAGO IL  60661-2587<br>312-474-1000 | revolving credit<br>CG357367-<br>007… /<br>CG3573674738<br>/ 72009.823 | unliquidated | US$787.00 |
| DIVISION ANESTHESIA GROUP<br>520 E 22ND ST<br>LOMBARD IL  60148-6110 | A/R CONCEPTS, INC.<br>33 W HIGGINS RD STE 715<br>SOUTH BARRINGTON IL  60010-9103<br>630-972-3030 | medical care<br>9660 /<br>132-2-<br>0000009660 | unliquidated | US$770.00 |
| ORCHARD BANK<br>PO BOX 80084<br>SALINAS CA  93912-0084 | ORCHARD BANK<br>PO BOX 80084<br>SALINAS CA  93912-0084<br>503-245-9280 | credit card<br>…1843 +<br>…8010 | unliquidated | 645.67<br>+   430.41<br>US$1,076.08 |

| | | | | |
|---|---|---|---|---|
| WFNNB / EXPRESS<br>PO BOX 330064<br>NORTHGLENN CO  80233-8064 | WFNNB / EXPRESS<br>PO BOX 330064<br>NORTHGLENN CO  80233-8064<br>800-224-3114 | revolving credit<br>3347449233474<br>… | unliquidated | US$584.00 |
| CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV  89193-8873 | CREDIT ONE BANK<br>PO BOX 98873<br>LAS VEGAS NV  89193-8873<br>877-825-3242 | credit card<br>…5280 | unliquidated | US$568.88 |
| SPRINT/NEXTEL<br>PO BOX 660075<br>DALLAS TX  75266-0075 | SPRINT/NEXTEL<br>PO BOX 660075<br>DALLAS TX  75266-0075<br>800-877-4646 | utilities<br>6000000100025<br>1800 | unliquidated | US$402.00 |
| CITIFINANCIAL SERVICES INC<br>PO BOX 221649<br>CHARLOTTE NC  28222-1649 | CITIFINANCIAL SERVICES INC<br>PO BOX 221649<br>CHARLOTTE NC  28222-1649<br>800-233-6903 | revolving credit<br>67220658-<br>0301752 | unliquidated | US$383.68 |
| NORDSTROM FSB<br>PO BOX 13589<br>SCOTTSDALE AZ  85267-3589 | NORDSTROM FSB<br>PO BOX 13589<br>SCOTTSDALE AZ  85267-3589<br>800-964-1800 | revolving credit<br>1259… | unliquidated | US$352.00 |

Date:  27 August 2007


___/s/  Esther Griego_____
Debtor

Form B6
(10/05)

## FORM 6.  SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be identified with the debtor's name and case number.  If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Official Form 6 - Summary (10/06)

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re _____ ESTHER GRIEGO _____,
                    Debtor

Case No. _____

Chapter _____ 7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0 | | |
| B - Personal Property | Yes | 1 | $ 36724.17 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2579.65 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 1137.40 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | $ 38559.24 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $2554.01 |
| J - Current Expenditures of Individual Debtors(s) | Yes | 1 | | | $ 1872.80 |
| TOTAL | | 17 | $ 36724.17 | $ 42276.29 | |

**Official Form 6 - Statistical Summary  (10/06)**

# United States Bankruptcy Court

_____ Northern _____ District Of _____ Illinois _____

In re _____ **ESTHER GRIEGO** _____ ,
               Debtor

Case No. _____

Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 1137.40 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0 |
| Student Loan Obligations (from Schedule F) | $ 6892.63 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or  Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 8030.0300000 |

**State the following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 16) | $ 2554.01 |
| Average Expenses (from Schedule J, Line 18) | $ 1872.8 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 3437.5 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 2.21 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,137.40 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0 |
| 4. Total from Schedule F | | $ 38,559.24 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 38,561.45 |

Form B6A
(10/05)

ESTHER GRIEGO

In re _____,                    Case No. _____
                        **Debtor**                                                      **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | None | | None | None |
| | | Total▶ | None | |

(Report also on Summary of Schedules.)

In re _____ESTHER GRIEGO_____,        Case No. _____
          **Debtor**                                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | US$18.72, more or less, in debtor's handbag | | US$18.72 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | US$6.80 (acct ...6005=75) + US$61.59 (acct ...6004=01), Money Federal Credit Union; US$485.88 (acct ...500), CitiBank; US$243.24 (acct ...4051), LaSalle Bank; US$102.77 (acct 2910634894) + US$46.00 (acct 2910635933), Harris Bank | | US$946.28 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | US$500.00 with landlord, Conrad & Chris Zadio, 5835 S Kenneth Ave., Chicago US$200.00 with ComEd | | US$700.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | household goods and furnishings, including audio, video, and computer; 4416 W 59TH ST APT 4A, CHICAGO | | US$4,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other; 4416 W 59TH ST APT 4A, CHICAGO | | US$1,000.00 |
| 6. Wearing apparel. | | wearing apparel; 4416 W 59TH ST APT 4A, CHICAGO | | US$3,000.00 |
| 7. Furs and jewelry. | | jewelry; 4416 W 59TH ST APT 4A, CHICAGO | | US$1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | sports, photographic, and other hobby equipment; 4416 W 59TH ST APT 4A, CHICAGO | | US$300.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | only $5000 term policy - no cash surrender value | | US$0.00 |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |

In re _____ESTHER GRIEGO_____ ,          Case No. _____
                            **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | US$4,157.21 in 401K acct 322-84805; Nationwide Mutual US$16,751.96 in IRA acct 403149314; Fidelity Investments | | US$20,909.17 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |

In re _____ ESTHER GRIEGO _____,    Case No. _____
          **Debtor**                                              **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection  with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Toyota Corolla with 72,000 miles; 4416 W 59TH ST APT 4A, CHICAGO | | US$4,850 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____0_____ continuation sheets attached    Total ▶    $ 36,724.17

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)



🖨 Send to Printer

advertisement



## 2001 Toyota Corolla CE Sedan 4D

**BLUE BOOK® TRADE-IN VALUE**

advertisement





| Condition | Value |
|-----------|-------|
| Excellent | $5,300 |
| ✔ Good | $4,850 |
| (Selected) | |
| Fair | $4,070 |

advertisement



**Average Consumer Rating (38 Reviews)**      Read Reviews

★★★★½   **4.6** out of **5**      Review This Vehicle

### Vehicle Highlights

| | |
|---|---|
| **Mileage:** | 72,000 |
| **Engine:** | 4-Cyl. 1.8 Liter |
| **Transmission:** | 5 Speed Manual |
| **Drivetrain:** | FWD |

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | AM/FM Stereo | Dual Front Air Bags |
| Power Steering | Cassette | |

### Blue Book Trade-In Value

Trade-in Value is what consumers can expect to receive from a dealer for a trade-in vehicle assuming an accurate appraisal of condition. This value will likely be less than the Private Party Value because the reselling dealer incurs the cost of safety inspections, reconditioning and other costs of doing business.

### Vehicle Condition Ratings

**Excellent**

❑❑❑❑❑      **$5,300**

"Excellent" condition means that the vehicle looks new, is in excellent mechanical condition and needs no reconditioning. This vehicle has never had any paint or body work and is free of rust. The vehicle has a clean title history and will pass a smog and safety inspection. The engine compartment is clean,

Close Window

with no fluid leaks and is free of any wear or visible defects. The vehicle also
has complete and verifiable service records. Less than 5% of all used vehicles
fall into this category.

✔ **Good** (Selected)                                           **$4,850**

"Good" condition means that the vehicle is free of any major defects. This
vehicle has a clean title history, the paint, body and interior have only minor (if
any) blemishes, and there are no major mechanical problems. There should be
little or no rust on this vehicle. The tires match and have substantial tread wear
left. A "good" vehicle will need some reconditioning to be sold at retail. Most
consumer owned vehicles fall into this category.

**Fair**                                                        **$4,070**

"Fair" condition means that the vehicle has some mechanical or cosmetic
defects and needs servicing but is still in reasonable running condition. This
vehicle has a clean title history, the paint, body and/or interior need work
performed by a professional. The tires may need to be replaced. There may be
some repairable rust damage.

**Poor**                                                         **N/A**

"Poor" condition means that the vehicle has severe mechanical and/or cosmetic
defects and is in poor running condition. The vehicle may have problems that
cannot be readily fixed such as a damaged frame or a rusted-through body. A
vehicle with a branded title (salvage, flood, etc.) or unsubstantiated mileage is
considered "poor." A vehicle in poor condition may require an independent
appraisal to determine its value. Kelley Blue Book does not attempt to report a
value on a "poor" vehicle because the value of cars in this category varies
greatly.

* Illinois 8/22/2007

In re _____ ESTHER GRIEGO _____,    Case No. _____
              **Debtor**    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☒  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
$125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Toyota Corolla with 72,000 miles | § 522(d)(2) | 2,400 | 4,850 |
| household furnishings, household goods, wearing apparel, appliances, books, animals, crops, or musical instruments | § 522(d)(3) | 8,000 | 8,000 |
| jewelry | § 522(d)(4) | 1,000 | 1,000 |
| miscellaneous personal property | § 522(d)(5) | 800 | 800 |
| US$4,157.21 in 401K acct 322-84805; Nationwide Mutual US$16,751.96 in IRA acct 403149314; Fidelity Investments | § 522(d)(10)(E). | 20,909.17 | 20,909.17 |

**Official Form 6D (10/06)**

In re _____ ESTHER GRIEGO _____ ,     Case No. _____
          **Debtor**                                                    **(if known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6032-5903-2352-1533 <br><br> CITIFINANCIAL RETAIL <br> PO BOX 22060 <br> TEMPE AZ  85285-2060 | x | | 11/2004 <br> furniture from <br> Wickes Furniture <br><br> VALUE $ 2577.44 | | | x | 2579.65 | 2.21 |
| ACCOUNT NO. <br><br> none follows | | | value above reflects 10% annual depreciation at 1 year, 9 months <br> VALUE $ 0 | | | | 0 | 0 |
| ACCOUNT NO. <br><br><br><br> VALUE $ 0 | | | | | | | 0 | 0 |
| _____ continuation sheets attached | | | Subtotal ▶ <br> (Total of this page) | | | | $ 2579.65 | $ 2.21 |
| | | | Total ▶ <br> (Use only on last page) | | | | $ 2679.65 | $ 2.21 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

**Official Form 6E (10/06)**

In re     ESTHER GRIEGO              ,                                    Case No._____
                        **Debtor**                                                                        **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.  Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112.  If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors.  If a joint petition  is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."   If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule.  Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

**Official Form 6E (10/06) - Cont.**

In re _____ESTHER GRIEGO_____ ,          Case No._____
         **Debtor**                                                    **(if known)**

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

____ continuation sheets attached

Official Form 6E (10/06) - Cont.

In re _____ ESTHER GRIEGO _____ ,     Case No. _____

Debtor                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **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** <br><br> US DEPT OF THE TREASURY . <br> IRS CENTER <br> KANSAS CITY MO  64999-0010 | | | tax year 2005 income tax debt | | x | | 1137.40 | 1137.40 | |
| Account No. | | | | | | | | | |
| Account No. <br><br> none follows | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. ___ of ___ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals► (Totals of this page) | $ 1137.4 | $ 1137.4 | 0 |

Total► (Use only on last page of the completed Schedule E.  Report also on the Summary of Schedules.)   $ **1137.40**

Totals► (Use only on last page of the completed Schedule E.  If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $1,137.40   $0

Official Form 6F

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

**IN RE ESTHER GRIEGO, Debtor.**

No.   **2007-BK-**_____

Chapter:  7

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 000698396 / 000698396-4162 / 30-57558-0<br>ST MARY OF NAZARETH HOSP<br>PO BOX 220292<br>CHICAGO IL 60622-0292<br>c/o<br>REVENUE PRODUCTION MGT<br>PO BOX 830913<br>BIRMINGHAM AL 35283-0913<br>847-257-3000 | | | 6/10/2004<br>medical | | X | | 6,694.00 |
| | | | | | | subtotal | $6,694.00 |

Sheet no.1 of 8 continuation sheets attached

**Official Form 6F**

**IN RE ESTHER GRIEGO, Debtor.**

No.    **2007-BK-_____**

Chapter:   **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 2)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 67330658-0301752 / 67430956-0304221 05-M1-126854<br>CITIFINANCIAL<br>PO BOX 221649<br>CHARLOTTE NC  28222-1649<br>c/o<br>RICHARD A SNOW ESQ<br>123 W MADISON ST STE 310<br>CHICAGO IL  60602-4847<br>312-782-7861 | | | 2004<br>unsecured loan | | X | | 6,409.27 |
| 1150000934374 / 027306828 / 50122181-11<br>SEARS<br>PO BOX 183081<br>COLUMBUS OH  43218-3081<br>c/o<br>CAPITAL MANAGEMENT SVCS<br>726 EXCHANGE ST STE 700<br>BUFFALO NY  14210-1464<br>716-871-9050<br>or c/o<br>LVNV FUNDING<br>PO BOX 10584<br>GREENVILLE SC  29603-0584<br>866-464-1183<br>or c/o<br>ALLIED INTERSTATE INC<br>PO BOX 361774<br>COLUMBUS OH  43236-1774<br>866-310-3882<br>or c/o<br>MITCHELL N KAY PC<br>PO BOX 2374<br>CHICAGO IL  60690-2374<br>646-205-1829 | | | 2004<br>revolving credit | | X | | 3,028.07 |
| | | | | | | subtotal | 9,437.34 |

Sheet no.2 of 8 continuation sheets attached

**Official Form 6F**

**IN RE ESTHER GRIEGO, Debtor.**

No.    **2007-BK-**_____
Chapter:  **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 3)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 5770911013763204 / 06-M1-158369 PAL1GRTSEN1012650 / 1757824 NEWPORTNEWS CARDMEMBER PO BOX 9204 OLD BETHPAGE NY  11804-9004 c/o PALISADES COLLECTION 210 SYLVAN AVE ENGLEWOOD CLIFFS NJ  07632-2524 800-991-9367 or c/o BLATT HASENMILLER LEIBSKER PO BOX 5463 CHICAGO IL  60680-5463 866-269-9862 | | | 2004 revolving | | X | | 2,125.00 |
| 07166 - re 01-D-12610 ALAN J BERNSTEIN LTD 10 S LASALLE ST STE 2424 CHICAGO IL  60603-1066 312-726-2755 | | | 2001-2005 legal services | | X | | 2,016.42 |
| 544045502313 + 46630900… + 09000556... HSBC NV PO BOX 19360 PORTLAND OR  97280-0360 800-477-6000 | | | 2006, 2004 revolving credit | | X | | 1,517.00 |
| 630416930… AT&T F/K/A SBC PO BOX 769 ARLINGTON TX  76004-0769 c/o PORTFOLIO RECOVERY PO BOX 12914 NORFOLK VA  23541-0914 804-518-1773 | | | 2004 utility | | X | | 1,146.00 |
| | | | | | | subtotal | 6,804.42 |

Sheet no.3 of 8 continuation sheets attached

Official Form 6F

**IN RE ESTHER GRIEGO, Debtor.**

No.  **2007-BK-**_____
Chapter:  **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 4)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 9701119288-1 SALLIEMAE SERVICING PO BOX 9500 WILKES BARRE PA  18773-9500 888-272-5543 | | | 01/2006 student loan | | X | | 6,892.63 |
| …1843 + …8010 ORCHARD BANK PO BOX 80084 SALINAS CA  93912-0084 503-245-9280 | | | 2004 credit cards | | X | | 1,076.08 |
| GRIE052355 AMBULATORY SURGICENTER 4333 MAIN ST DOWNERS GROVE IL  60515-2869 630-322-9451 | | | 12/22/2006 medical care | | X | | 1,050.00 |
| 111684288 GOOD SAMARITAN HOSPITAL PO BOX 93548 CHICAGO IL  60673-3548 800-215-7849 | | | 1/11/2005 medical care | | X | | 848.70 |
| CG357367-007… / CG3573674738 / 72009.823 GEMB / HOME DEPOT PO BOX 981400 EL PASO TX  79998-1400 c/o CAPITAL MANAGEMENT SERVICES 726 EXCHANGE ST STE 700 BUFFALO NY  14210-1464 800-394-1028 or c/o FRIEDMAN AND WEXLER LLC 500 W MADISON ST STE 2910 CHICAGO IL  60661-2587 312-474-1000 | | | 1998 revolving credit | | X | | 787.00 |
| | | | | | | subtotal | 10,654.41 |

Sheet no.4 of 8 continuation sheets attached

Official Form 6F

**IN RE ESTHER GRIEGO, Debtor.**

No.   **2007-BK-**_____

Chapter:   **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

continuation sheet (page 5)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 9660 / 132-2-0000009660 DIVISION ANESTHESIA GROUP 520 E 22ND ST LOMBARD IL  60148-6110 c/o A/R CONCEPTS, INC. 33 W HIGGINS RD STE 715 SOUTH BARRINGTON IL  60010-9103 630-972-3030 | | | 6/10/2004 medical care | | X | | 770.00 |
| 3347449233474… WFNNB / EXPRESS PO BOX 330064 NORTHGLENN CO  80233-8064 800-224-3114 | | | 3/23/1994 revolving credit | | X | | 584.00 |
| …5280 CREDIT ONE BANK PO BOX 98873 LAS VEGAS NV  89193-8873 877-825-3242 | | | 5/22/2006 credit card | | X | | 568.88 |
| 60000001000251800 SPRINT/NEXTEL PO BOX 660075 DALLAS TX  75266-0075 800-877-4646 | | | 4/2007 utilities | | X | | 402.00 |
| 67220658-0301752 CITIFINANCIAL SERVICES INC PO BOX 221649 CHARLOTTE NC  28222-1649 800-233-6903 | | | 2004 credit card | | X | | 383.68 |
| 1259… NORDSTROM FSB PO BOX 13589 SCOTTSDALE AZ  85267-3589 800-964-1800 | | | 5/10/1997 revolving credit | | X | | 352.00 |
| | | | | | | subtotal | 3,060.56 |

Sheet no.5 of 8 continuation sheets attached

Official Form 6F

**IN RE ESTHER GRIEGO, Debtor.**

No.   **2007-BK-**_____
Chapter:   **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 6)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| GRIES000 MICHAEL M MAGHRABI DPM 2623 S LAWNDALE AVE STE C CHICAGO IL  60623-4520 773-522-9700 | | | 07/1999-11/1999 medical care | | X | | 312.12 |
| 3-09-90-5581 0 NICOR GAS PO BOX 2020 AURORA IL  60507-2020 888-642-6748 | | | 12/2000 utilities | | X | | 277.01 |
| HP115195 M&M ORTHOPAEDICS LTD 4115 FAIRVIEW AVE DOWNERS GROVE IL  60515-2268 630-968-1881 | | | 04/2005 medical care | | X | | 247.00 |
| 690593 COMMUNITY RADIOLOGY LTD 1730 PARK ST STE 101 NAPERVILLE  IL 60563-1290 630-718-1515 | | | 06/2004 medical care | | X | | 180.00 |
| 8508797035 COMED BILL PAYMENT CENTER CHICAGO IL  60668-0001 800-334-7661 | | | 2006 utilities | | X | | 130.45 |
| 630-854-0050 T-MOBILE BANKRUPTCY TEAM PO BOX 53410 BELLEVUE WA  98015-53410 800-937-8997 | | | 2006 utilities | | X | | 125.25 |

subtotal   1,271.83

Sheet no.6 of 8 continuation sheets attached

**Official Form 6F**

**IN RE ESTHER GRIEGO, Debtor.**

No. **2007-BK-_____**

Chapter: **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 7)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 0008371 / 8092343576 LEGACY FORMULAS LLC 11872 LA GRANGE AVE LOS ANGELES CA 90025-5230 c/o RMCB PO BOX 1238 ELMSFORD NY 10523-0938 914-345-7136 | | | 9/2006 revolving credit | | X | | 119.97 |
| PA 0698396-0 MARIPOSA PATHOLOGY ASSOC 5219 N HARLEM AVE CHICAGO IL 60656-1803 773-792-8255s | | | 6/2003-7/2003 medical care | | X | | 92.00 |
| 111673281 / 5952137 GOOD SAMARITAN HOSPITAL PO BOX 93548 CHICAGO IL 60673-3548 c/o MEDICAL RECOVERY SPECIALISTS 2200 E DEVON AVE STE 288 DES PLAINES IL 60018-4519 847-227-2150 | | | 1/2005 medical care | | X | | 85.69 |
| 233083 / T3376529 CITY OF NAPERVILLE 400 S EAGLE ST NAPERVILLE IL 60540-5279 c/o PENN CREDIT CORPORATION PO BOX 988 HARRISBURG PA 17108-0988 800-900-1380 | | | 2004 utilities | | X | | 73.19 |
| 2952767553 QUEST DIAGNOSTICS PO BOX 64804 BALTIMORE MD 21264-4804 800-888-8333 | | | 6/2004 medical care | | X | | 63.55 |
| | | | | | | subtotal | 434.40 |

Sheet no.7 of 8 continuation sheets attached

**Official Form 6F**

**IN RE ESTHER GRIEGO, Debtor.**

No.  **2007-BK-_____**
Chapter: **7**

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
continuation sheet (page 8)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| 281-2-0000024292 RADIOLOGISTS OF DUPAGE SC 520 E 22ND ST LOMBARD IL  60148-6110 630-874-2744 | | | 1/2005 medical care | | X | | 57.00 |
| 228339-1 HINCKLEY SPRING WATER CO PO BOX 1888 BEDFORD PARK IL  60499-1888 630-946-0623 | | | 2002-2003 revolving credit | | X | | 53.01 |
| 13630001 GHELANI KALPESH DC 233 S WACKER DR STE 54 CHICAGO IL  60606-6427 c/o MAGES & PRICE 102 WILMOT RD STE 410 DEERFIELD IL  60015-5104 847-405-7600 | | | 2004 medical care | | X | | 50.00 |
| 4854509 GOOD SAMARITAN HOSPITAL PO BOX 93548 CHICAGO IL  60673-3548 c/o ILLINOIS COLLECTION SVC INC PO BOX 646 OAK LAWN IL  60454-0646 708-857-7600 | | | 6/2001 medical care | | X | | 25.00 |
| 26118878 AT&T F/K/A CINGULAR 5407 ANDREWS HWY MIDLAND TX  79706-2851 c/o BUREAU OF COLCTN RECOVERY 7575 CORPORATE WAY EDEN PRARIE MN  55344-2022 952-934-7777 | | | 2002 utility | | X | | 17.27 |
| | | | | | | subtotal | 202.28 |
| | | | | | | TOTAL: | US$38,559.24 |

Sheet no.8 of 8 continuation sheets attached

Form B6G
(10/05)

In re _____ESTHER GRIEGO_____ ,        Case No._____
        **Debtor**                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| CONRAD & CHRIS ZADLO 5835 S KENNETH AVE CHICAGO IL  60629-5226 | residential lease for debtor's home |
| COMMONWEALTH EDISON BILL PAYMENT CENTER CHICAGO IL  60668-0001 | electrical utility at debtor's home |
| AT&T PO BOX 769 ARLINGTON TX  76004-0769 | telephony/internet utility at debtor's home |
| T-MOBILE BANKRUPTCY TEAM PO BOX 53410 BELLEVUE WA  98015-53410 | debtor's mobile telephony |
| WOMAN'S WORKOUT WORLD 16015 S HARLEM AVE TINLEY PARK  IL  60477-1611 | debtor's usage of gymnasium for maintenance of debtor's health & fitness |
| ---------------- NOTHING FOLLOWS ------------------ | |
| | |

In re _____ ,    Case No. _____

ESTHER GRIEGO

**Debtor**    **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| GILBERT M VEGA<br>address unknown<br>believed to have relocated to Arizona<br><br>--------------------------------------------------------------------<br>Nothing follows | CITIFINANCIAL RETAIL SERVICES<br>PO BOX 183041<br>COLUMBUS OH  43218-3041<br><br>Re:  Acct. 6032-5903-2352-1533 (furniture)<br><br>-------------------------------------------------------------------------- |

**Official Form 6I (10/06)**

In re _____ESTHER GRIEGO_____ ,   Case No._____
                  **Debtor**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): 52 (debtor) |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | receptionist | N/A - single |
| Name of Employer | Nisen & Eliott LLC | |
| How long employed | two years | |
| Address of Employer | 200 W ADAMS ST STE 2500 CHICAGO IL  60606-5232 | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. | Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3437.50 | $_____ |
| 2. | Estimate monthly overtime | $0 | $_____ |
| 3. | SUBTOTAL | $3437.5 | $0 |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes and social security | $643.57 | $_____ |
| | b. Insurance | $239.92 | $_____ |
| | c. Union dues | $0 | $_____ |
| | d. Other (Specify): _____ | $0 | $_____ |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | $883.49 | $0 |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | $2554.01 | $0 |
| 7. | Regular income from operation of business or profession or farm (Attach detailed statement) | $0 | $_____ |
| 8. | Income from real property | $0 | $_____ |
| 9. | Interest and dividends | $0 | $_____ |
| 10. | Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0 | $_____ |
| 11. | Social security or government assistance (Specify):_____ | $0 | $_____ |
| 12. | Pension or retirement income | $0 | $_____ |
| 13. | Other monthly income (Specify):_____ | $0 | $_____ |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $0 | $0 |
| 15. | AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $2554.01 | $0 |
| 16. | COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $2554.01 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

none _____

_____

CO FILE DEPT. CLOCK VCHR NO. 060

**Earnings Statement**

ADP

NISEN & ELLIOTT
*PAYROLL ACCOUNT*
*200 WEST ADAMS ST., SUITE 2500*
*CHICAGO, IL  60606-5283*

Period Ending: 08/03/2007
Pay Date: 08/03/2007

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  1
  IL:  0

**ESTHER GRIEGO**
**4416 W 59TH ST**
**CHICAGO IL 60629**

Social Security Number: XXX-XX-3871

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1586.54 | | 1,586.54 | 25,384.64 |
| **Gross Pay** | | | **$1,585.54** | 25,384.64 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -154.61 | 2,376.30 |
| | Social Security Tax | -91.51 | 1,463.49 |
| | Medicare Tax | -21.40 | 342.27 |
| | IL State Income Tax | -40.77 | 648.60 |
| | **Other** | | |
| | Checking | -550.85 | |
| | Checking 2 | -500.00 | |
| | Pre Tax Medical | -110.73* | 1,780.04 |
| | 401K | -116.67* | 1,983.38 |
| | Travel | | 525.00 |
| | **Net Pay** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| 401K | | 1,983.38 |
| 401K -Epr | | 116.67 |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,359.14

©1998, 2006, ADP Inc. All Rights Reserved

VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL  60606-5283

Advice number:  00000310017
Pay date:  08/03/2007

**Deposited to the account of**
**ESTHER GRIEGO**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| 5308164051 | 0710 0050 | $550.85 |
| 917391500 | 2710 7080 | $500.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CC   FILE   DEPT   CLOCK VCHR.NO.   000

# Earnings Statement

**NISEN & ELLIOTT**
**PAYROLL ACCOUNT**
*200 WEST ADAMS ST., SUITE 2500*
*CHICAGO, IL 60606-5283*

Period Ending:      07/20/2007
Pay Date:      07/20/2007

Taxable Marital Status:  Single
Exemptions/Allowances:
   Federal:  1
   IL:  0

**ESTHER GRIEGO**
**4416 W 59TH ST**
**CHICAGO IL 60629**

Social Security Number:  XXX-XX-3871

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1586.54 | | 1,586.54 | 23,798.10 |
| **Gross Pay** | | | **$1,586.54** | 23,798.10 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K | | 1,866.71 |
| 401K -Epr | | 116.67 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -143.36 | 2,221.69 |
| | Social Security Tax | -91.50 | 1,371.98 |
| | Medicare Tax | -21.40 | 320.87 |
| | IL State Income Tax | -40.77 | 607.83 |
| | **Other** | | |
| | Checking | -487.11 | |
| | Checking 2 | -500.00 | |
| | Pre Tax Medical | -110.73* | 1,669.31 |
| | Travel | -75.00* | 525.00 |
| | 401K | -116.67* | 1,866.71 |
| | **Net Pay** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,284.14

© 2000, 2004, ADP, Inc. All Rights Reserved.

◄ TEAR HERE►

TO VERIFY DOCUMENT AUTHENTICITY, COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

©2005 ADP, INC.

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL  60606-5283

Advice number:      00000290017
Pay date:      07/20/2007

**Deposited to the account of**
**ESTHER GRIEGO**

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | 5308164051 | 0710 0050 | $487.11 |
| | 917391500 | 2710 7080 | $500.00 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

**Earnings Statement**

**ADP**

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL 60606-5283

Period Ending:    07/06/2007
Pay Date:    07/06/2007

Taxable Marital Status:    Single
Exemptions/Allowances:
   Federal:    1
   IL:    0

ESTHER GRIEGO
4416 W 59TH ST
CHICAGO IL 60629

Social Security Number:  XXX-XX-3871

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 1586.54 | | 1,586.54 | 22,211.56 |
| | **Gross Pay** | | **$1,586.54** | 22,211.56 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| 401K | | 1,750.04 |
| 401K  -Epr | | 116.67 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -154.61 | 2,078.33 |
| | Social Security Tax | -91.50 | 1,280.48 |
| | Medicare Tax | -21.40 | 299.47 |
| | IL State Income Tax | -40.77 | 567.06 |
| | **Other** | | |
| | Checking | -550.86 | |
| | Checking 2 | -500.00 | |
| | Pre Tax Medical | -110.73* | 1,558.58 |
| | 401K | -116.67* | 1,750.04 |
| | Travel | | 450.00 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,359.14

※ VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM ※

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL  60606-5283

Advice number:    00000270017
Pay date:    07/06/2007

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| **ESTHER GRIEGO** | 5308164051 | 0710 0050 | $550.86 |
| | 917391500 | 2710 7080 | $500.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO.   FILE   DEPT.   CLOCK   VCHR NO.   060
P97   000326 300   0000250016   1

**Earnings Statement**   ADP

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL  60606-5283

Period Ending:   06/22/2007
Pay Date:   06/22/2007

ESTHER GRIEGO
4416 W 59TH ST
CHICAGO IL 60629

Taxable Marital Status:   Single
Exemptions/Allowances:
    Federal:   1
    IL:   0

Social Security Number:  XXX-XX-3871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1586.54 | | 1,586.54 | 20,625.02 |
| Gross Pay | | | $1,586.54 | 20,625.02 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,633.37 |
| 401K  -Epr | | 116.67 |

| Deductions | Statutory | | |
|---|---|---|
| | Federal Income Tax | -143.36 | 1,923.72 |
| | Social Security Tax | -91.50 | 1,188.98 |
| | Medicare Tax | -21.40 | 278.07 |
| | IL State Income Tax | -40.77 | 526.29 |
| | **Other** | | |
| | Checking | -487.11 | |
| | Checking 2 | -500.00 | |
| | Pre Tax Medical | -110.73* | 1,447.85 |
| | Travel | -75.00* | 450.00 |
| | 401K | -116.67* | 1,633.37 |
| | **Net Pay** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,284.14

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL  60606-5283

Advice number:   00000250016
Pay date:   06/22/2007

Deposited to the account of
ESTHER GRIEGO

| | account number | transit ABA | amount |
|---|---|---|---|
| | 5308164051 | 0710 0050 | $487.11 |
| | 917391500 | 2710 7080 | $500.00 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. FILE DEPT. CLOCK VCHR. NO. | |
|---|---|
| P97 000326 300 0000230017 1 | |

# Earnings Statement

ADP

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL 60606-5283

Period Ending: 06/08/2007
Pay Date: 06/08/2007

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
IL: 0

ESTHER GRIEGO
4416 W 59TH ST
CHICAGO IL 60629

Social Security Number: XXX-XX-3871

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1586.54 | | 1,586.54 | 19,038.48 |
| Gross Pay | | | $1,586.54 | 19,038.48 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K | | 1,516.70 |
| 401K -Epr | | 116.67 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -154.61 | 1,780.36 |
| | Social Security Tax | -91.50 | 1,097.48 |
| | Medicare Tax | -21.40 | 256.67 |
| | IL State Income Tax | -40.77 | 485.52 |
| | | | |
| | Other | | |
| | Checking | -550.86 | |
| | Checking 2 | -500.00 | |
| | Pre Tax Medical | -110.73* | 1,337.12 |
| | 401K | -116.67* | 1,516.70 |
| | Travel | | 375.00 |
| | Net Pay | | $0.00 |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,359.14

---

NISEN & ELLIOTT
PAYROLL ACCOUNT
200 WEST ADAMS ST., SUITE 2500
CHICAGO, IL 60606-5283

Advice number: 00000230017
Pay date: 06/08/2007

Deposited to the account of
ESTHER GRIEGO

| | account number | transit ABA | amount |
|---|---|---|---|
| | 5308164051 | 0710 0050 | $550.86 |
| | 917391500 | 2710 7080 | $500.00 |

NON-NEGOTIABLE

THIS IS NOT A CHECK



This Product Contains Sensitive Taxpayer Data

## Tax Return Transcript

Request Date: 08-03-20
Response Date: 08-03-20
IRS Employee Number: 2V
Tracking Number: 100017308

**SSN Provided:**      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
**Tax Period Ending:** Dec. 31, 2004

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC)
applicable. They do not show subsequent activity on the account.

**SSN:** 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        **SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: ESTHER GRIEGO

ADDRESS:                    4416 W 59TH ST APT 4A
                            CHICAGO, IL 60629-5248-113

FILING STATUS:          Head of Household
FORM NUMBER:                    1040A
CYCLE POSTED:                 20050708
RECEIVED DATE:          Apr.15, 2005
REMITTANCE:                      0.00
EXEMPTION NUMBER:                   2
DEPENDENT 1 NAME CTRL:            GRIE
DEPENDENT 1 SSN:         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
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:           P00-10-6971
PREPARER EIN:            43-1862223

## Income

WAGES, SALARIES, TIPS, ETC:                              $ 30,473.
TAXABLE INTEREST INCOME: SCH B:                             $ 0.
TAX-EXEMPT INTEREST:                                        $ 0.
ORDINARY DIVIDEND INCOME: SCH B:                            $ 0.
QUALIFIED DIVIDENDS:                                        $ 0.
CAPITAL GAIN OR LOSS: (Schedule D):                         $ 0.
CAPITAL GAINS OR LOSS. SCH D PER COMPUTER:                  $ 0.
TOTAL IRA DISTRIBUTIONS:                                    $ 0.

| | |
|---|---:|
| TAXABLE IRA DISTRIBUTIONS: | $ 0. |
| TOTAL PENSIONS AND ANNUITIES: | $ 0. |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0. |
| UNEMPLOYMENT COMPENSATION: | $ 0. |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0. |
| SCH EIC DISQUALIFIED INC COMPUTER: | |
| TOTAL INCOME: | $ 30,473. |
| TOTAL INCOME PER COMPUTER: | $ 30,473. |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $ 0. |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0. |
| IRA DEDUCTION: | $ 0. |
| IRA DEDUCTION PER COMPUTER: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0. |
| TUITION AND FEES DEDUCTION: | $ 0. |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 0. |
| TOTAL ADJUSTMENTS: | $ 0. |
| TOTAL ADJUSTMENTS PER COMPUTER: | $ 0. |
| ADJUSTED GROSS INCOME: | $ 30,473. |
| ADJUSTED GROSS INCOME PER COMPUTER: | $ 30,473. |

## Tax and Credits

| | |
|---|---:|
| 65-OR-OVER: | |
| BLIND: | |
| SPOUSE 65-OR-OVER: | |
| SPOUSE BLIND: | |
| EXEMPTION AMOUNT PER COMPUTER: | $ 6,200. |
| TAXABLE INCOME: | $ 17,123. |
| TAXABLE INCOME PER COMPUTER: | $ 17,123. |
| TENTATIVE TAX: | $ 2,059. |
| TENTATIVE TAX PER COMPUTER: | $ 2,059. |
| CHILD & DEPENDENT CARE CREDIT: | $ 0. |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $ 0. |
| CREDIT FOR ELDERLY AND DISABLED: | $ 0. |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $ 0. |
| EDUCATION CREDIT: | $ 500. |
| EDUCATION CREDIT PER COMPUTER: | $ 500. |
| GROSS EDUCATION CREDIT PER COMPUTER: | $ 500. |
| RETIREMENT SAVINGS CNTRB CREDIT: | $ 200. |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $ 200. |
| PRIM RET SAV CNTRB: F8880 LN6A: | $ 2,000. |
| SEC RET SAV CNTRB: F8880 LN6B: | $ 0. |
| CHILD TAX CREDIT: | $ 0. |
| CHILD TAX CREDIT PER COMPUTER: | $ 0 |
| ADOPTION CREDIT: F8839: | $ 0. |

ADOPTION CREDIT PER COMPUTER:                                    $ 0.
TOTAL CREDITS:                                                   $ 700.
TOTAL CREDITS PER COMPUTER:                                      $ 700

## Other Taxes

ADVANCED EARNED INCOME:                                          $ 0.
TOTAL TAX LIABILITY TP FIGURES:                                  $ 1,359.
TOTAL TAX LIABILITY TP FIGURES PER COMPUTER:                     $ 1,359.

## Payments

FEDERAL INCOME TAX WITHHELD:                                     $ 2,951.
ESTIMATED TAX PAYMENTS:                                          $ 0.
EARNED INCOME CREDIT:                                            $ 0.
EARNED INCOME CREDIT PER COMPUTER:                               $ 0.
NONTAXABLE COMBAT PAY ELECTION:                                  $ 0.
TOT SS/MEDICARE WITHHELD: F8812:                                 $ 0.
FORM 8812 ADDITIONAL CHILD TAX CREDIT:                           $ 0.
FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER:              $ 0.
FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED:                  $ 0.
TOTAL PAYMENTS:                                                  $ 2,951.
TOTAL PAYMENTS PER COMPUTER:                                     $ 2,951.

## Refund or Amount Owed

REFUND AMOUNT:                                                   $ -1,592.
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                            $ 0.
ESTIMATED TAX PENALTY:                                           $ 0.
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                     $ -1,592.
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                        $ -1,592.

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:                                  13
AUTHORIZATION INDICATOR:
THIRD PARTY DESIGNEE NAME:                                       HR BL
THIRD PARTY DESIGNEE PHONE NUMBER:

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

### PART I - HOPE CREDITS

STUDENT 1 NAME CNTRL:                                            GF
STUDENT 1 SSN:                                                   320-82-44
STUDENT 2 NAME CNTRL:
STUDENT 2 SSN:
STUDENT 3 NAME CNTRL:
STUDENT 3 SSN:
TENTATIVE HOPE CREDIT AMOUNT:                                    $ 300.

### PART II - LIFETIME LEARNING CREDITS

STUDENT 1 NAME CNTRL:                                            GF
STUDENT 1 SSN:                                                   351-48-38

Tax Return Transcript 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 1040A 2004 GREE

| | |
|---|---|
| STUDENT 2 NAME CNTRL: | |
| STUDENT 2 SSN: | |
| STUDENT 3 NAME CNTRL: | |
| STUDENT 3 SSN: | |
| TOTL LIFETIM LRNING CR QLFD EXP: | $ 1,000. |
| TOTL LIFETIM LRNING CR QLFD EXP PER COMPUTER: | $ 200. |

## PART III - ALLOWABLE EDUCATION CREDITS

| | |
|---|---|
| GROSS EDUCATION CR PER COMPUTER: | $ 500. |
| GROSS EDUCATION CR PER COMPUTER: | $ 500. |
| TOTAL EDUCATION CREDIT AMOUNT: | $ 500. |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $ 500. |

This Product Contains Sensitive Taxpayer Data

## Internal Revenue Service

| This Product Contains Sensitive Taxpayer Data |

Request Date: 08-03-20(
Response Date: 08-03-20(
IRS Employee Number: ZV.
Tracking Number: 100017308;

# Tax Return Transcript

**SSN Provided:**      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
**Tax Period Ending:** Dec. 31, 2005

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC)
applicable. They do not show subsequent activity on the account.

**SSN:** 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        **SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: ESTHER GRIEGO

ADDRESS:                    4416 W 59TH ST APT 4A
                            CHICAGO, IL 60629-5248-413

FILING STATUS:             Single
FORM NUMBER:               1040
CYCLE POSTED:              20071908
RECEIVED DATE:             Apr.20, 2007
REMITTANCE:                0.00
EXEMPTION NUMBER:          1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:              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
PREPARER EIN:             36-2159575

## Income

WAGES, SALARIES, TIPS, ETC:                         $ 26,850.
TAXABLE INTEREST INCOME: SCH B:                     $ 50.
TAX-EXEMPT INTEREST:                                $ 0.
ORDINARY DIVIDEND INCOME: SCH B:                    $ 0.
QUALIFIED DIVIDENDS:                                $ 0.
REFUNDS OF STATE/LOCAL TAXES:                       $ 0.
ALIMONY RECEIVED:                                   $ 0.
BUSINESS INCOME OR LOSS (Schedule C):               $ 0.

| | |
|---|---:|
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $ 0. |
| CAPITAL GAIN OR LOSS: (Schedule D): | $ 0. |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $ 0. |
| OTHER GAINS OR LOSSES (Form 4797): | $ 0. |
| TOTAL IRA DISTRIBUTIONS: | $ 0. |
| TAXABLE IRA DISTRIBUTIONS: | $ 0. |
| TOTAL PENSIONS AND ANNUITIES: | $ 5,035. |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0. |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $ 0. |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $ 0. |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $ 0. |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $ 0. |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $ 0. |
| FARM INCOME OR LOSS (Schedule F): | $ 0. |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $ 6,657. |
| UNEMPLOYMENT COMPENSATION: | $ 0. |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0. |
| OTHER INCOME: | $ 0. |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $ 0. |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $ 0. |
| SCH EIC DISQUALIFIED INC COMPUTER: | $ 38,592. |
| TOTAL INCOME: | $ 38,592. |
| TOTAL INCOME PER COMPUTER: | |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $ 0. |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0. |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $ 0. |
| JURY DUTY PAY DEDUCTION: | $ 0. |
| HEALTH SAVINGS ACCT DEDUCTION: | $ 0. |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $ 0. |
| MOVING EXPENSES: F3903: | $ 0. |
| SELF EMPLOYMENT TAX DEDUCTION: | $ 0. |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $ 0. |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $ 0. |
| SELF-EMP HEALTH INS DEDUCTION: | $ 0. |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $ 0. |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $ 0. |
| IRA DEDUCTION: | $ 0. |
| IRA DEDUCTION PER COMPUTER: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0. |
| TUITION AND FEES DEDUCTION: | $ 0. |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 0. |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $ 0. |
| OTHER ADJUSTMENTS: | $ 0. |

ARCHER MSA DEDUCTION:                                                                    $ 0.
ARCHER MSA DEDUCTION PER COMPUTER:                                                       $ 0.
TOTAL ADJUSTMENTS:                                                                       $ 0.
TOTAL ADJUSTMENTS PER COMPUTER:                                                          $ 0.
ADJUSTED GROSS INCOME:                                                               $ 38,592.
ADJUSTED GROSS INCOME PER COMPUTER:                                                  $ 38,592.

## Tax and Credits

65-OR-OVER:
BLIND:
SPOUSE 65-OR-OVER:
SPOUSE BLIND:                                                                         $ 5,000.
STANDARD DEDUCTION PER COMPUTER:                                                          $ 0.
ADDITIONAL STANDARD DEDUCTION PER COMPUTER:                                          $ 33,592.
TAX TABLE INCOME PER COMPUTER:                                                        $ 3,200.
EXEMPTION AMOUNT PER COMPUTER:                                                       $ 30,392.
TAXABLE INCOME:                                                                      $ 30,392.
TAXABLE INCOME PER COMPUTER:                                                         $ 38,592.
TOTAL POSITIVE INCOME PER COMPUTER:                                                   $ 4,259.
TENTATIVE TAX:                                                                        $ 4,259.
TENTATIVE TAX PER COMPUTER:
FORM 8814 ADDITIONAL TAX AMOUNT:                                                          $ 0.
TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER:                                           $ 0.
FORM 6251 ALTERNATIVE MINIMUM TAX:                                                        $ 0.
FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER:                                           $ 0.
FOREIGN TAX CREDIT:                                                                       $ 0.
FOREIGN TAX CREDIT PER COMPUTER:                                                          $ 0.
FOREIGN INCOME EXCLUSION PER COMPUTER:                                                    $ 0.
CHILD & DEPENDENT CARE CREDIT:                                                            $ 0.
CHILD & DEPENDENT CARE CREDIT PER COMPUTER:                                               $ 0.
CREDIT FOR ELDERLY AND DISABLED:                                                          $ 0.
CREDIT FOR ELDERLY AND DISABLED PER COMPUTER:                                             $ 0.
EDUCATION CREDIT:                                                                       $ 668.
EDUCATION CREDIT PER COMPUTER:                                                          $ 668.
GROSS EDUCATION CREDIT PER COMPUTER:                                                    $ 668.
RETIREMENT SAVINGS CNTRB CREDIT:                                                          $ 0.
RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER:                                             $ 0.
PRIM RET SAV CNTRB: F8880 LN6A:                                                           $ 0.
SEC RET SAV CNTRB: F8880 LN6B:                                                            $ 0.
TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR:                                       $ 0.
RESIDENTIAL ENERGY CREDIT:                                                                $ 0.
RESIDENTIAL ENERGY CREDIT PER COMPUTER:                                                   $ 0.
CHILD TAX CREDIT:                                                                         $ 0.
CHILD TAX CREDIT PER COMPUTER:                                                            $ 0.
F8396, F8859 and F8839 Credit:                                                           $ 0.
FORM 3800 GENERAL BUSINESS CREDITS:                                                       $ 0.
FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER:                                          $ 0.
FORM 1040C CREDIT:                                                                        $ 0.
PRIOR YR MIN TAX CREDIT: F8801:                                                           $ 0.

| | |
|---|---:|
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $ 0. |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $ 0. |
| EMPOWERMENT ZONE CREDIT: F8844: | $ 0. |
| OTHER CREDITS: | $ 0. |
| TOTAL CREDITS: | $ 668. |
| TOTAL CREDITS PER COMPUTER: | $ 668. |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $ 3,591. |

## Other Taxes

| | |
|---|---:|
| SE TAX: | $ 0. |
| SE TAX PER COMPUTER: | $ 0. |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $ 0. |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $ 0. |
| TAX ON QUALIFIED PLANS F5329 (PR): | $ 504. |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $ 504. |
| IRAF TAX PER COMPUTER: | $ 0. |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $ 4,095. |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $ 4,095. |
| ADVANCED EARNED INCOME: | $ 0. |
| UNPAID FICA ON REPORTED TIPS: | $ 0. |
| FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS: | $ 0. |
| RECAPTURE TAX: F8611: | $ 0. |
| HOUSEHOLD EMPLOYMENT TAXES: | $ 0. |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $ 0. |
| RECAPTURE TAXES: | $ 0 |
| TOTAL ASSESSMENT PER COMPUTER: | $ 4,095. |
| TOTAL TAX LIABILITY TP FIGURES: | $ 4,095. |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $ 4,095. |

## Payments

| | |
|---|---:|
| FEDERAL INCOME TAX WITHHELD: | $ 3,280. |
| ESTIMATED TAX PAYMENTS: | $ 0. |
| EARNED INCOME CREDIT: | $ 0. |
| EARNED INCOME CREDIT PER COMPUTER: | $ 0. |
| NONTAXABLE COMBAT PAY ELECTION: | $ 0. |
| FORM 8812 NONTAXABLE COMBAT PAY: | $ 0. |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $ 0. |
| TOT SS/MEDICARE WITHHELD: F8812: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $ 0. |
| AMOUNT PAID WITH FORM 4868: | $ 0. |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $ 0. |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $ 0. |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $ 0. |
| HEALTH COVERAGE TX CR: F8885: | $ 0. |
| FEDERAL PHONE EXCISE TAX CREDIT PER COMPUTER: | $ 0. |
| FORM 8913 PHONE EXCISE TAX PER COMPUTER: | $ 0. |
| FEDERAL PHONE EXCISE TAX CREDIT AMOUNT: | $ 0. |

|                                                    |          |
|----------------------------------------------------|----------|
| FEDERAL PHONE EXCISE TAX CREDIT VERIFIED AMOUNT:    | $ 0.     |
| TOTAL PAYMENTS:                                     | $ 3,280. |
| TOTAL PAYMENTS PER COMPUTER:                        | $ 3,280. |

## Refund or Amount Owed

|                                                      |        |
|------------------------------------------------------|--------|
| AMOUNT YOU OWE:                                       | $ 815. |
| APPLIED TO NEXT YEAR'S ESTIMATED TAX:                 | $ 0.   |
| ESTIMATED TAX PENALTY:                                | $ 0.   |
| TAX ON INCOME LESS STATE REFUND PER COMPUTER:         | $ 0.   |
| BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:          | $ 815. |
| BAL DUE/OVER PYMT USING COMPUTER FIGURES:             | $ 815. |
| FORM 8888 TOTAL DEPOSIT PER COMPUTER:                 | $ 0.   |

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:
THIRD PARTY DESIGNEE NAME:

## Form 8863 - Education Credits (Hope and Lifetime Learning Credits)

### PART I - HOPE CREDITS

|                              |      |
|------------------------------|------|
| STUDENT 1 NAME CNTRL:         |      |
| STUDENT 1 SSN:                |      |
| STUDENT 2 NAME CNTRL:         |      |
| STUDENT 2 SSN:                |      |
| STUDENT 3 NAME CNTRL:         |      |
| STUDENT 3 SSN:                |      |
| TENTATIVE HOPE CREDIT AMOUNT: | $ 0. |

### PART II - LIFETIME LEARNING CREDITS

|                                       |            |
|---------------------------------------|------------|
| STUDENT 1 NAME CNTRL:                  | GR         |
| STUDENT 1 SSN:                         | 351-48-38  |
| STUDENT 2 NAME CNTRL:                  |            |
| STUDENT 2 SSN:                         |            |
| STUDENT 3 NAME CNTRL:                  |            |
| STUDENT 3 SSN:                         |            |
| TOTL LIFETIM LRNING CR QLFD EXP:       | $ 3,341.   |
| TOTL LIFETIM LRNING CR QLFD EXP PER COMPUTER: | $ 668. |

### PART III - ALLOWABLE EDUCATION CREDITS

|                                           |        |
|-------------------------------------------|--------|
| GROSS EDUCATION CR PER COMPUTER:           | $ 668. |
| GROSS EDUCATION CR PER COMPUTER:           | $ 668. |
| TOTAL EDUCATION CREDIT AMOUNT:             | $ 668. |
| TOTAL EDUCATION CREDIT AMOUNT PER COMPUTER: | $ 668. |

This Product Contains Sensitive Taxpayer Data



| This Product Contains Sensitive Taxpayer Data |
|---|

Request Date: 08-03-20
Response Date: 08-03-20
IRS Employee Number: ZV
Tracking Number: 100017308

# Tax Return Transcript

**SSN Provided:**      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
**Tax Period Ending:** Dec. 31, 2006

The following items reflect the amount as shown on the return (PR), and the amount as adjusted (PC)
applicable. They do not show subsequent activity on the account.

**SSN:** 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      **SPOUSE SSN:**
NAME(S) SHOWN ON RETURN: ESTHER GRIEGO

ADDRESS:                 4416 W 59TH ST APT 4A
                         CHICAGO, IL 60629-5248-413

FILING STATUS:           Single
FORM NUMBER:             1040
CYCLE POSTED:            20071908
RECEIVED DATE:           Apr.15, 2007
REMITTANCE:              0.00
EXEMPTION NUMBER:        1
DEPENDENT 1 NAME CTRL:
DEPENDENT 1 SSN:
DEPENDENT 2 NAME CTRL:
DEPENDENT 2 SSN:
DEPENDENT 3 NAME CTRL:
DEPENDENT 3 SSN:
DEPENDENT 4 NAME CTRL:
DEPENDENT 4 SSN:
PREPARER SSN:            355 32-0996
PREPARER EIN:            36-2159575

## Income

WAGES, SALARIES, TIPS, ETC:                        $ 37,100.
TAXABLE INTEREST INCOME: SCH B:                    $ 0.
TAX-EXEMPT INTEREST:                               $ 0.
ORDINARY DIVIDEND INCOME: SCH B:                   $ 0.
QUALIFIED DIVIDENDS:                               $ 0.
REFUNDS OF STATE/LOCAL TAXES:                      $ 0.
ALIMONY RECEIVED:                                  $ 0.
BUSINESS INCOME OR LOSS (Schedule C):              $ 0.

| | |
|---|---:|
| BUSINESS INCOME OR LOSS: SCH C PER COMPUTER: | $ 0. |
| CAPITAL GAIN OR LOSS: (Schedule D): | $ 0. |
| CAPITAL GAINS OR LOSS: SCH D PER COMPUTER: | $ 0. |
| OTHER GAINS OR LOSSES (Form 4797): | $ 0. |
| TOTAL IRA DISTRIBUTIONS: | $ 0. |
| TAXABLE IRA DISTRIBUTIONS: | $ 0. |
| TOTAL PENSIONS AND ANNUITIES: | $ 9,000. |
| TAXABLE PENSION/ANNUITY AMOUNT: | $ 0. |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E): | $ 0. |
| RENT/ROYALTY/PARTNERSHIP/ESTATE (Schedule E) PER COMPUTER: | $ 0. |
| RENT/ROYALTY INCOME/LOSS PER COMPUTER: | $ 0. |
| ESTATE/TRUST INCOME/LOSS PER COMPUTER: | $ 0. |
| PARTNERSHIP/S-CORP INCOME/LOSS PER COMPUTER: | $ 0. |
| FARM INCOME OR LOSS (Schedule F): | $ 0. |
| FARM INCOME OR LOSS (Schedule F) PER COMPUTER: | $ 0. |
| UNEMPLOYMENT COMPENSATION: | $ 0. |
| TOTAL SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS: | $ 0. |
| TAXABLE SOCIAL SECURITY BENEFITS PER COMPUTER: | $ 0. |
| OTHER INCOME: | $ 0. |
| SCHEDULE EIC SE INCOME PER COMPUTER: | $ 0. |
| SCHEDULE EIC EARNED INCOME PER COMPUTER: | $ 0. |
| SCH EIC DISQUALIFIED INC COMPUTER: | $ 0. |
| TOTAL INCOME: | $ 46,100. |
| TOTAL INCOME PER COMPUTER: | $ 46,100. |

## Adjustments to Income

| | |
|---|---:|
| EDUCATOR EXPENSES: | $ 0. |
| EDUCATOR EXPENSES PER COMPUTER: | $ 0. |
| RESERVIST AND OTHER BUSINESS EXPENSE: | $ 0. |
| JURY DUTY PAY DEDUCTION: | $ 0. |
| HEALTH SAVINGS ACCT DEDUCTION: | $ 0. |
| HEALTH SAVINGS ACCT DEDUCTION PER COMPTR: | $ 0. |
| MOVING EXPENSES: F3903: | $ 0. |
| SELF EMPLOYMENT TAX DEDUCTION: | $ 0. |
| SELF EMPLOYMENT TAX DEDUCTION PER COMPUTER: | $ 0. |
| KEOGH/SEP CONTRIBUTION DEDUCTION: | $ 0. |
| SELF EMP HEALTH INS DEDUCTION: | $ 0. |
| EARLY WITHDRAWAL OF SAVINGS PENALTY: | $ 0. |
| ALIMONY PAID SSN: | |
| ALIMONY PAID: | $ 0. |
| IRA DEDUCTION: | $ 0. |
| IRA DEDUCTION PER COMPUTER: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION: | $ 0. |
| STUDENT LOAN INTEREST DEDUCTION PER COMPUTER: | $ 0. |
| TUITION AND FEES DEDUCTION: | $ 3,491. |
| TUITION AND FEES DEDUCTION PER COMPUTER: | $ 3,491. |
| DOMESTIC PRODUCTION ACTIVITIES DEDUCTION: | $ 0. |
| OTHER ADJUSTMENTS: | $ 0. |

Case 07-15516   Doc 1   Filed 08/27/07   Entered 08/27/07 12:59:22   Desc Main
Document        Page 51 of 56

| | |
|---|---|
| ARCHER MSA DEDUCTION: | $ 0. |
| ARCHER MSA DEDUCTION PER COMPUTER: | $ 0. |
| TOTAL ADJUSTMENTS: | $ 3,491. |
| TOTAL ADJUSTMENTS PER COMPUTER: | $ 3,491. |
| ADJUSTED GROSS INCOME: | $ 42,609. |
| ADJUSTED GROSS INCOME PER COMPUTER: | $ 42,609. |

## Tax and Credits

| | |
|---|---|
| 65-OR-OVER: | |
| BLIND: | |
| SPOUSE 65-OR-OVER: | |
| SPOUSE BLIND: | |
| STANDARD DEDUCTION PER COMPUTER: | $ 5,150. |
| ADDITIONAL STANDARD DEDUCTION PER COMPUTER: | $ 0. |
| TAX TABLE INCOME PER COMPUTER: | $ 37,459. |
| EXEMPTION AMOUNT PER COMPUTER: | $ 3,300. |
| TAXABLE INCOME: | $ 34,159. |
| TAXABLE INCOME PER COMPUTER: | $ 34,159. |
| TOTAL POSITIVE INCOME PER COMPUTER: | $ 46,100. |
| TENTATIVE TAX: | $ 5,101. |
| TENTATIVE TAX PER COMPUTER: | $ 5,101. |
| FORM 8814 ADDITIONAL TAX AMOUNT: | $ 0. |
| TAX ON INCOME LESS SOC SEC INCOME PER COMPUTER: | $ 0. |
| FORM 6251 ALTERNATIVE MINIMUM TAX: | $ 0. |
| FORM 6251 ALTERNATIVE MINIMUM TAX PER COMPUTER: | $ 0. |
| FOREIGN TAX CREDIT: | $ 0. |
| FOREIGN TAX CREDIT PER COMPUTER: | $ 0. |
| FOREIGN INCOME EXCLUSION PER COMPUTER: | $ 0. |
| CHILD & DEPENDENT CARE CREDIT: | $ 0. |
| CHILD & DEPENDENT CARE CREDIT PER COMPUTER: | $ 0. |
| CREDIT FOR ELDERLY AND DISABLED: | $ 0. |
| CREDIT FOR ELDERLY AND DISABLED PER COMPUTER: | $ 0. |
| EDUCATION CREDIT: | $ 0. |
| EDUCATION CREDIT PER COMPUTER: | $ 0. |
| GROSS EDUCATION CREDIT PER COMPUTER: | $ 0. |
| RETIREMENT SAVINGS CNTRB CREDIT: | $ 0. |
| RETIREMENT SAVINGS CNTRB CREDIT PER COMPUTER: | $ 0. |
| PRIM RET SAV CNTRB: F8880 LN6A: | $ 0. |
| SEC RET SAV CNTRB: F8880 LN6B: | $ 0. |
| TOTAL RETIREMENT SAVINGS CONTRIBUTION: F8880 CMPTR: | $ 0. |
| RESIDENTIAL ENERGY CREDIT: | $ 0. |
| RESIDENTIAL ENERGY CREDIT PER COMPUTER: | $ 0. |
| CHILD TAX CREDIT: | $ 0. |
| CHILD TAX CREDIT PER COMPUTER: | $ 0. |
| F8396, F8859 and F8839 Credit: | $ 0. |
| FORM 3800 GENERAL BUSINESS CREDITS: | $ 0. |
| FORM 3800 GENERAL BUSINESS CREDITS PER COMPUTER: | $ 0. |
| FORM 1040C CREDIT: | $ 0. |
| PRIOR YR MIN TAX CREDIT: F8801: | $ 0. |

RECEIVED TIME   AUG.  3.  12:14PM        PRINT TIME   AUG.  3.  12:18PM

08/03/2007 13:31 FAX 2165227544 IRS

Tax Case 07-15516 35-0483387 1040 2006 GRII
Case 07-15516 Doc 61 Filed 08/27/07 Entered 08/27/07 12:59:22 Desc Main
Document Page 52 of 56
Page 4 of 5

| | |
|---|---|
| PRIOR YR MIN TAX CREDIT: F8801 PER COMPUTER: | $ 0. |
| TENTATIVE EMPOWERMENT ZONE CREDIT: F8844: | $ 0. |
| EMPOWERMENT ZONE CREDIT: F8844: | $ 0. |
| OTHER CREDITS: | $ 0. |
| TOTAL CREDITS: | $ 0. |
| TOTAL CREDITS PER COMPUTER: | $ 0. |
| INCOME TAX AFTER CREDITS PER COMPUTER: | $ 5,101. |

## Other Taxes

| | |
|---|---|
| SE TAX: | $ 0. |
| SE TAX PER COMPUTER: | $ 0. |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS: | $ 0. |
| SOCIAL SECURITY AND MEDICARE TAX ON UNREPORTED TIPS PER COMPUTER: | $ 0. |
| TAX ON QUALIFIED PLANS F5329 (PR): | $ 900. |
| TAX ON QUALIFIED PLANS F5329 PER COMPUTER: | $ 900. |
| IRAF TAX PER COMPUTER: | |
| TP TAX FIGURES (REDUCED BY IRAF) PER COMPUTER: | $ 6,001. |
| IMF TOTAL TAX (REDUCED BY IRAF) PER COMPUTER: | $ 6,001. |
| ADVANCED EARNED INCOME: | $ 0. |
| UNPAID FICA ON REPORTED TIPS: | $ 0. |
| FORM 4970 ACCUMULATED DISTRIBUTION OF TRUSTS: | $ 0. |
| RECAPTURE TAX: F8611: | $ 0. |
| HOUSEHOLD EMPLOYMENT TAXES: | $ 0. |
| HOUSEHOLD EMPLOYMENT TAXES PER COMPUTER: | $ 0. |
| RECAPTURE TAXES: | $ 0. |
| TOTAL ASSESSMENT PER COMPUTER: | $ 6,001. |
| TOTAL TAX LIABILITY TP FIGURES: | $ 6,001. |
| TOTAL TAX LIABILITY TP FIGURES PER COMPUTER: | $ 6,001. |

## Payments

| | |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | $ 4,896. |
| ESTIMATED TAX PAYMENTS: | $ 0. |
| EARNED INCOME CREDIT: | $ 0. |
| EARNED INCOME CREDIT PER COMPUTER: | $ 0. |
| NONTAXABLE COMBAT PAY ELECTION: | $ 0. |
| FORM 8812 NONTAXABLE COMBAT PAY: | $ 0. |
| EXCESS SOCIAL SECURITY & RRTA TAX WITHHELD: | $ 0. |
| TOT SS/MEDICARE WITHHELD: F8812: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT PER COMPUTER: | $ 0. |
| FORM 8812 ADDITIONAL CHILD TAX CREDIT VERIFIED: | $ 0. |
| AMOUNT PAID WITH FORM 4868: | $ 0. |
| FORM 2439 REGULATED INVESTMENT COMPANY CREDIT: | $ 0. |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS: | $ 0. |
| FORM 4136 CREDIT FOR FEDERAL TAX ON FUELS PER COMPUTER: | $ 0. |
| HEALTH COVERAGE TX CR: F8885: | $ 0. |
| FEDERAL PHONE EXCISE TAX CREDIT PER COMPUTER: | $ 30. |
| FORM 8913 PHONE EXCISE TAX PER COMPUTER: | $ 0. |
| FEDERAL PHONE EXCISE TAX CREDIT AMOUNT: | $ 30 |

FEDERAL PHONE EXCISE TAX CREDIT VERIFIED AMOUNT:                    $ 0.
TOTAL PAYMENTS:                                                     $ 4,926.
TOTAL PAYMENTS PER COMPUTER:                                       $ 4,926.

## Refund or Amount Owed

AMOUNT YOU OWE:                                                    $ 1,102.
APPLIED TO NEXT YEAR'S ESTIMATED TAX:                                  $ 0.
ESTIMATED TAX PENALTY:                                               $ 27.
TAX ON INCOME LESS STATE REFUND PER COMPUTER:                         $ 0.
BAL DUE/OVER PYMT USING TP FIG PER COMPUTER:                       $ 1,102.
BAL DUE/OVER PYMT USING COMPUTER FIGURES:                         $ 1,102.
FORM 8888 TOTAL DEPOSIT PER COMPUTER:                                 $ 0.

## Third Party Designee

THIRD PARTY DESIGNEE ID NUMBER:
AUTHORIZATION INDICATOR:
THIRD PARTY DESIGNEE NAME:

This Product Contains Sensitive Taxpayer Data

Official Form 6J (10/06)

In re _____ESTHER GRIEGO_____,   Case No._____
                    Debtor                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 600.00 |
|    a. Are real estate taxes included?  Yes _____  No __X__ | |
|    b. Is property insurance included?  Yes _____  No __X__ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 70.00 |
|         b. Water and sewer | $ 0 |
|         c. Telephone | $ 165.00 |
|         d. Other _____none_____ | $ 0 |
| 3. Home maintenance (repairs and upkeep) | $ 20.00 |
| 4. Food | $ 380.00 |
| 5. Clothing | $ 65.00 |
| 6. Laundry and dry cleaning | $ 80.00 |
| 7. Medical and dental expenses | $ 50.00 |
| 8. Transportation (not including car payments) | $ 120.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 75.00 |
| 10. Charitable contributions | $ 0 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 0 |
|      b. Life | $ 0 |
|      c. Health | $ 0 |
|      d. Auto | $ |
|      e. Other _____none_____ | $ 0 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)  _none_ | $ 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 0 |
|      b. Other  $66.99 on furniture purchase + $80.81 on student loan | $ 147.80 |
|      c. Other  IRS anticipated payment plan | $ 100 |
| 14. Alimony, maintenance, and support paid to others | $ 0 |
| 15. Payments for support of additional dependents not living at your home | $ 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0 |
| 17. Other _____none_____ | $ 0 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 1872.8 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---|
|    a. Average monthly income from Line 15 of Schedule I | $ 2554.01 |
|    b. Average monthly expenses from Line 18 above | $ 1872.8 |
|    c. Monthly net income (a. minus b.) | $ 681.210000000 |

Official Form 6 - Declaration (10/06)

In re _____ESTHER GRIEGO_____ ,  Case No. _____
  **Debtor**  **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __18__ sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____27 August 2007_____  Signature: _____/s/ Esther Griego_____
  Debtor

Date _____  Signature: _____
  (Joint Debtor, if any)

  [If joint case, both spouses must sign.]

----------------------------------------------------------------------
#### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  _____
Printed or Typed Name and Title, if any,  Social Security No.
of Bankruptcy Petition Preparer  *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

Address

X _____  _____
  Signature of Bankruptcy Petition Preparer  Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

----------------------------------------------------------------------
#### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

  Signature: _____

  _____
  [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*
----------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN   DIVISION

IN RE: ESTHER GRIEGO                    )  Chapter      7
                                        )  Bankruptcy Case No.
                                        )
                                        )
       Debtor(s)                        )

## DECLARATION REGARDING ELECTRONIC FILING
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER          Date: 27 August 2007
A.     To be completed in all cases.

       I(We) _____ Esther Griego _____ and _____ n/a _____ , the undersigned
debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have
given my (our) attorney, including correct social security number(s) and the information provided in the electronically
filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct.
I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United
States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the
petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11
U.S.C. sections 707(a) and 105.

B.     To be checked and applicable only if the petitioner is an individual (or individuals) whose
       debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

       ☑      I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States
              Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under
              chapter 7; and I(we) request relief in accordance with chapter 7.

C.     To be checked and applicable only if the petition is a corporation, partnership, or limited
       liability entity.

       ☐      I declare under penalty of perjury that the information provided in this petition is true and correct and
              that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in
              accordance with the chapter specified in the petition.

Signature: _____        Signature: _____ N/A _____
           (Debtor or Corporate Officer, Partner or Member)          (Joint Debtor)