# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____ESTHER GRIEGO_____,  
              Debtor

Case No. _____07-15516_____

Chapter _____7_____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ __299.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

    $ __299.00__     Check one  ☐ With the filing of the petition, or  
                                    ☑ On or before ___29 August 2007___

    $ _____ on or before _____

    $ _____ on or before _____

    $ _____ on or before _____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

__/s/ David A. Miley__   27 August 2007          __/s/ Esther Griego__   27 August 2007  
Signature of Attorney    Date                    Signature of Debtor     Date  
                                                       (In a joint case, both spouses must sign.)

__David A. Miley of Ávila & Zurla__  
Name of Attorney                                 _____none_____  
                                                       Signature of Joint Debtor (if any)    Date

---

# United States Bankruptcy Court

_____Northern_____ District Of _____Illinois_____

In re _____ESTHER GRIEGO_____,  Case No. _____07-15516_____
                    Debtor

                                              Chapter _____7_____

**ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS**

☐    IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐    IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____    Check one  ☐   With the filing of the petition, or
                                     ☐   On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐    IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

                                              BY THE COURT

Date: _____            _____
                                    *United States Bankruptcy Judge*